IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN GERARD WALLACE, § | | |
| TDCJ No. 1835438, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| V. § | No. 3:22-cv-2513-K | |
| § | | |
| DISTRICT ATTORNEY JOHN § | | |
| CREUZOT, ET AL., § | | |
| § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Objections are OVERRULED.

SO ORDERED.

Signed November 30th, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE